**Edward TAYLOR, Appellant,**

v.

**Terry MORRIS, et al., Respondents.**

**No. WD 37985.**

Missouri Court of Appeals, Western District.

Feb. 17, 1987.

Edward Taylor, in pro. per.

Horace W. Bonner, Counsel substitute, for appellant.

William Webster, Atty. Gen., Kevin B. Behrndt, Asst. Atty. Gen., Jefferson City, for respondents.

Before CLARK, C.J., and KENNEDY and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from judgment of the circuit court denying replevin in plaintiff's action seeking return of personal property from state prison officials.

Judgment affirmed. Rule 84.16(b).